# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\* \* \***

| | |
|---|---|
| THE UNITED STATES GOVERNMENT for the use and benefit of RUSSELL SIGLER, INC., a New Mexico corporation, d.b.a. Sigler, <br><br> Plaintiff, <br><br> vs. <br><br> ASSOCIATED MECHANICAL, INC., a Nevada corporation; AMERIND BUILDERS, LLC, an Arizona corporation; E.C. SCARBOROUGH, an individual surety, <br><br> Defendants. | Case No.: 2:09-cv-01238-RLH-GWF <br><br> **JUDGMENT** |

Amerind Builders, LLC, having confessed judgment in favor of Plaintiff Russell Sigler, Inc., (Dkt. #50, Judgment by Confession, May 3, 2011),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Russell Sigler, Inc., take judgment against Defendant Amerind Builders, LLC, in the amount of $203,550.53, plus interest accruing thereon at the rate of 5.25% per annum running from the date of this Judgment until paid in full.

Dated: May 6, 2011

_____
**ROGER L. HUNT**
**United States District Judge**

AO 72
(Rev. 8/82)